UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE EDWARD BUCKNER,

    Defendant/Petitioner.

_____/

Case No. 13-20299
Honorable Victoria A. Roberts
(re-assigned)

## JUDGMENT AS TO PETITIONER'S § 2255 MOTION TO VACATE OR SET ASIDE THE JUDGMENT [Doc. 21]

In accordance with the Order entered on May 11, 2018, and pursuant to Federal Rule of Civil Procedure 58 and *Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (holding that Fed. R. Civ. P. 58 requires the Court to enter a separate judgment when denying a § 2255 motion), the Court:

1. **DENIES** Petitioner's motion to vacate or set aside the judgment and **DISMISSES** Petitioner's habeas claims with prejudice;

2. **ENTERS JUDGMENT** in favor of Respondent United States of America with respect to all issues raised by Petitioner;

3. **DOES NOT ISSUE** a Certificate of Appealability because Petitioner has not made a substantial showing of the denial of a substantive constitutional right;

4. **DOES NOT GRANT** Petitioner leave to appeal *in forma pauperis*; and

5. **DISMISSES** and **TERMINATES** this habeas proceeding from the Court's docket.

Dated at Detroit, Michigan on May 11, 2018.

                                                     David J. Weaver
                                                   Clerk of the Court

                                                 By: s/Linda Vertriest
                                                          Deputy Clerk

Approved:

s/Victoria A. Roberts
Victoria A. Roberts
United States District Judge