UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No. 13-20299
                                             Honorable Victoria A. Roberts

LAWRENCE BUCKNER,

    Defendant.
_____/

## **ORDER GRANTING MOTION FOR RECONSIDERATON [ECF. 58]**

Mr. Buckner requested the Court recommend to the Bureau of Prisons ("BOP"), that he be placed into a Residential Reentry Center ("RRC") for up to 12 months, the last 12 months of his 120 month sentence. Mr. Buckner is scheduled for release on January 11, 2021.

Mr. Buckner cites to the authority a court always has to make non-binding placement recommendations to the BOP. *United States v Tapia*, 131 S. Ct. 2382, 2392 (2011). See also,18 USC § 3582(a) (a court may "make a recommendation concerning the type of prison facility appropriate for the defendant.").

Based on Mr. Buckner's representation that he completed an extensive number of educational, therapeutic, mental health and

recreational programming during his incarceration, and that he continues to be in need of additional services that he could access at an RRC that would assist his adjustment once he is released from prison, the Court **GRANTS** Mr. Buckner's request and makes this non-binding recommendation that the BOP place him in an RRC facility for up to 12 months.

The Court **GRANTS** Buckner's Motion for Reconsideration of the Denial of a Motion for a Judicial Recommendation for RRC Placement.

**ORDERED.**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 12/20/19